■ In the Matter of GENE M. MITCHELL, Appellant, v YATES COUNTY SHERIFF'S DEPARTMENT et al., Respondents.—Judgment unanimously af-firmed, without costs, for the reasons stated at Special Term, Wagner, J. (Appeal from judgment of Monroe Supreme Court—art 78.) Present—Marsh, P. J., Moule, Simons, Hancock, Jr., and Witmer, JJ.